UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

        - against -

MARVES FAIRLEY,

                         Defendant.

-------------------------------------------------------------------X

25-CR-323
26-CR-110
(DeArcy Hall, J.)
(Marutollo, M.J.)

### CONSENT TO HAVE A PLEA TAKEN BEFORE
### UNITED STATES MAGISTRATE JUDGE JOSEPH A. MARUTOLLO

      United States Magistrate Judge Joseph A. Marutollo has informed me of my right to have my plea taken before a United States District Judge. I have further been advised, however, that I may consent to have my plea taken before Magistrate Judge Joseph A. Marutollo. I understand that I will suffer no prejudice if I refuse to consent. I further understand that if I do not consent, the District Court Judge assigned rather than the Magistrate Judge will conduct the plea allocution.

      After having discussed this matter fully with my counsel, I hereby consent to enter my plea before United States Magistrate Judge Joseph A. Marutollo.

Dated:   5·28·26

                                             Marves Fairley
                                           Defendant

                                           Attorney for Defendant

                                 ***

Dated:   5/28/'26

                                        Consented to by:
                                        U.S. Attorney Joseph Nocella, Jr.

                                        Assistant U.S. Attorney

Dated:   5/28/26

                                        **SO ORDERED:**

                                        JOSEPH A. MARUTOLLO
                                        United States Magistrate Judge